```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                 SEP 18 2024

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Carlos Abdiel Torres <br><br> Defendant. | Case No.: 8-24-MJ-00438 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __S.D. Cal.__,  for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on __instant allegations of failing to report; lack of surety and verified background__

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___criminal history ; long-standing issues with substance abuse___

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __9/18/24__

*Karen E. Scott*
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE